IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE No. 4:12-cv-13

| | | |
|---|---|---|
| EARL CHARLES PECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |

The Motion for Voluntary Dismissal was filed by Plaintiff's counsel and was assigned to the Undersigned for disposition. In light of good cause shown with no opposition from the Social Security Administration Commission's counsel,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Voluntary Dismissal with prejudice as to the Plaintiff's claim for Disability Insurance Benefits (SSDI) is granted.

No costs are assessed.

This the following Date: _____June 21, 2012_____

_____/s/ Louise W. Flanagan_____